IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CHARLES GRIMES | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:15-cv-00074 |
| | § | |
| COMPANION PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY | § | |
| AND TAUREAN SINGH | § | |
|     Defendants. | § | |

## ORDER GRANTING CONTINUANCE

Before this Court is the Agreed Motion for Continuance ("Motion") (Doc. No. 28) filed by Plaintiff Charles Grimes and Defendants Companion Property and Casualty Insurance Company and Taurean Singh, and the Court, having considered said Motion and the arguments stated therein, is of the opinion that the Motion has merit and should be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Agreed Motion for Continuance is **GRANTED**. It is further **ORDERED** that the Pretrial Conference and Trial Setting is reset for January 18, 2017 at 9:00 A.M. at Lufkin, Texas before the undersigned. The Court will also enter a First Amended Scheduling and Discovery Order to reflect this change.

**SIGNED this the 30th day of May, 2016.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE