**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **CHARLES GRIMES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **V.** | § | |
| | § | |
| **COMPANION PROPERTY AND** | § | **CIVIL ACTION NO. 9:15-CV-00074** |
| **CASUALTY INSURANCE COMPANY** | § | |
| **AND TAUREAN SINGH,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before this Court is Defendants' Motion for Summary Judgment (Doc. No. 18). On September 12, 2016, the undersigned issued a Report and Recommendation Granting Plaintiff's Motion to Remand ("Report and Recommendation") and recommending that this case be remanded to the 217th Judicial District Court of Angelina County, Texas for further proceedings (Doc. No. 33). In light of this Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. No. 18) is rendered moot and is hereby **DENIED AS MOOT**, subject to refiling in the event that the above-styled case remains in this Court.

**It is SO ORDERED.**

**SIGNED this the 13th day of September, 2016.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE